UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Craig Johnson,

        Plaintiff,

vs.                                               ORDER

Bob Hartman and City of Crosslake,

        Defendants.                Crim. No. 16-3005 (SRN/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1.     This action is **SUMMARILY DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2.     Johnson's application to proceed *in forma pauperis,* [Docket No. 2], is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

                                                     BY THE COURT:

DATED: October 28, 2016                      s/Susan Richard Nelson
                                                                   SUSAN RICHARD NELSON
                                                                   United States District Judge